UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 13-08-ART |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAMON HELTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States originally filed an indictment against thirty-four defendants. R. 1. The United States then filed a superseding indictment that brings the total number of defendants to forty, adds several new charges, and modifies the initial forfeiture allegation. R. 364. The United States moved orally to dismiss the original indictment as to all defendants. Magistrate Judge Candace J. Smith recommended that this Court grant the motion. R. 544. The deadline for filing any objections has passed, and no defendant has filed an objection. *See* Fed. R. Crim. P. 59(b)(2) (requiring defendants to file objections within fourteen days after the recommended disposition).

Accordingly, it is **ORDERED** that this Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation, R. 544. The United States' oral motion to dismiss the original indictment, R. 1, as to all defendants is **GRANTED**.

This the 24th day of June, 2013.



Signed By:
Amul R. Thapar   AT
United States District Judge